No. 228, Misc. LACEY *v.* SANFORD, WARDEN. C. C. A. 5th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for respondent.

No. 245, Misc. McNEALY *v.* UNITED STATES. C. C. A. 5th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 251, Misc. NEWTON *v.* UNITED STATES. C. C. A. 4th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *Ellis N. Slack* for the United States.

No. 255, Misc. BIRTCH ET AL. *v.* UNITED STATES. C. C. A. 4th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 257, Misc. WIEBE *v.* KANSAS. Supreme Court of Kansas. Certiorari denied.

No. 309, Misc. WILLIAMS *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 312, Misc. MOSTELLER *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 316, Misc. HAYES *v.* JACKSON, WARDEN. C. C. A. 2d. Certiorari denied.